### 23021. WHITE v. THE STATE.

BROYLES, C. J. This case having been submitted subject to payment of costs, and it appearing that the costs have not been paid, the writ of error must be dismissed. Civil Code (1910), § 6341; *Carnes* v. *State*, 45 *Ga. App.* 238 (164 S. E. 112), and cit.

*Writ of error dismissed. MacIntyre and Guerry, JJ., concur.*

DECIDED MAY 27, 1933.

*Clarence E. Adams,* for plaintiff in error.
*A. S. Skelton, solicitor-general,* contra.